# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SCOTT SMITH, #47264 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-0334-S-BW |
| | § | |
| FNU LYNCH, et al. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Motion to Alter or Amend the Judgment [ECF No. 29], received on June 27, 2025, is liberally construed as a motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e) and **DENIED**.

**SO ORDERED.**

SIGNED October 10, 2025.

_____
**UNITED STATES DISTRICT JUDGE**